Eric J. Gitig (SBN 307547)
Payam Malakouti (SBN 316640)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Emails: Eric.Gitig@jacksonlewis.com
Payam.Malakouti@jacksonlewis.com

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR A. AVILA, on behalf of himself and others similarly situated,

Plaintiff,

vs.

NORTHWOOD HOSPITALITY LLC; and DOES 1 to 100, inclusive,

Defendants.

Case No.:

**DEFENDANT NORTHWOOD HOSPITALITY LLC'S CORPORATE DISCLOSURE STATEMENT**

(Filed concurrently with Notice of Removal; Declarations of Eric J. Gitig and Tricia Price; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement)

Complaint Filed: September 18, 2023

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF HECTOR A. AVILA, AND HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NORTHWOOD HOSPITALITY LLC certifies as follows:

1. Defendant Northwood Hospitality LLC is a limited liability company with no parent corporation.

2. No publicly held corporation owns ten percent (10%) or more of Northwood Hospitality LLC's stock.

Dated: November 13, 2023

JACKSON LEWIS P.C.

By: /s/ Eric J. Gitig

Eric J. Gitig
Payam Malakouti
Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

4882-6976-5771, v. 1