Eric J. Gitig (SBN 307547)
Payam Malakouti (SBN 316640)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Emails: Eric.Gitig@jacksonlewis.com
Payam.Malakouti@jacksonlewis.com

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR A. AVILA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWOOD HOSPITALITY LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT NORTHWOOD HOSPITALITY LLC'S NOTICE OF INTERESTED PARTIES**<br><br>(Filed concurrently with Notice of Removal; Declarations of Eric J. Gitig, and Tricia Price; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement)<br><br>Complaint Filed: September 18, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF HECTOR A. AVILA, AND HIS ATTORNEYS OF RECORD:**

The undersigned counsel of record for Defendant NORTHWOOD HOSPITALITY LLC certifies the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Hector A. Avila
- Northwood Hospitality LLC

Dated: November 13, 2023

JACKSON LEWIS P.C.

By: /s/ Eric J. Gitig

Eric J. Gitig
Payam Malakouti
Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

4859-1669-5691, v. 1