Eric J. Gitig (SBN 307547)
Eric.Gitig@jacksonlewis.com
Payam Malakouti (SBN 316640)
Payam.Malakouti@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR A. AVILA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWOOD HOSPITALITY LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:23-cv-9598 SB (ASx)**<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT AND RELATED DOCUMENTS** |

I, Timothy Calla, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action. My business address is 725 South Figueroa Street, Suite 200, Los Angeles, California 90017, which is located in the city and state where the mailing took place.

2. On **November 14, 2023**, I served the following documents:

| | |
|---|---|
| **1.** | **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA)** |
| **2.** | **CIVIL COVER SHEET** |
| **3.** | **DECLARATION OF ERIC GITIG IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT** |

| | |
|---|---|
| | **COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA)** |
| **4.** | **DECLARATION OF TRICIA PRICE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA)** |
| **5.** | **NOTICE OF INTERESTED PARTIES FILED ON BEHALF OF DEFENDANT NORTHWOOD HOSPITALITY LLC** |
| **6.** | **DEFENDANT NORTHWOOD HOSPITALITY LLC CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| Joseph Lavi, Esq. (SBN 209776)<br>Vincent C. Granberry, Esq. (SBN 276483)<br>Elizabeth L. Harrier, Esq. (SBN 319550)<br>LAVI & EBRAHIMIAN, LLP<br>8889 W. Olympic Boulevard, Suite 200<br>Beverly Hills, California 90211<br>Telephone: (310) 432-0000<br>Facsimile: (310) 432-0001 | jlavi@lelawfirm.com<br>vgranberry@lelawfirm.com<br>eharrier(@lelawfirm.com<br>WHT1@lelawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

On **November 14, 2023,** I served the following:

| | |
|---|---|
| **1.** | **NOTICE OF ASSIGNMENT TO UNITED STATED JUDGE;** |
| **2.** | **STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE STANLEY BLUMENFELD, JR.** |
| **3.** | **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and** |
| **4.** | **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **5.** | **ORDER SETTING SCHEDULING CONFERENCE** |

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| Joseph Lavi, Esq. (SBN 209776)<br>Vincent C. Granberry, Esq. (SBN 276483)<br>Elizabeth L. Harrier, Esq. (SBN 319550)<br>LAVI & EBRAHIMIAN, LLP<br>8889 W. Olympic Boulevard, Suite 200<br>Beverly Hills, California 90211<br>Telephone: (310) 432-0000<br>Facsimile: (310) 432-0001 | jlavi@lelawfirm.com<br>vgranberry@lelawfirm.com<br>eharrier(@lelawfirm.com<br>WHT1@lelawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address timothy.calla@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On **November 14, 2023**, I also caused to be filed a copy of Defendant's Notice to Adverse Party and to Superior Court of Filing Notice of Removal to Federal Court of Removal to Federal Court under 28 U.S.C. sections 1332, 1441, 1446, and 1453 (CAFA) with the Clerk of the Court addressed as follows:

**Superior Court of California, County of Los Angeles**

**312 North Spring Street**

**Los Angeles, CA 90012**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 14, 2023,** at Los Angeles, California.

Timothy Calla

4890-9738-8318, v. 1