UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HECTOR A AVILA,

Plaintiff,

v.

NORTHWOOD HOSPITALITY LLC,

Defendant.

Case No. 2:23-cv-09598-SB-AS

ORDER DENYING STIPULATION TO CONTINUE DEADLINES [DKT. NO. 36]

On June 5, the parties submitted a stipulation to continue deadlines in the case management order (CMO), based largely on the mediation date scheduled by the parties: October 22, 2024. Dkt. No. 36 at 4. The CMO set a settlement conference deadline of August 16, 2024. Dkt. No. 17. The CMO sets strict requirements for continuance requests, requiring a showing of good cause and diligence. *Id.* at 1 ("The deadlines below will *not* be continued absent *a timely showing of good cause*.") (emphasis in original). It spells out those requirements in detail and warns litigants that they should not expect a continuance. *E.g.*, *id.* at 4 ("The parties should prepare this case without expecting an extension of any pretrial or trial deadline, even if the request is by stipulation.").

According to the stipulation, the parties did not begin meeting and conferring about mediation until May 3, 2024—almost five months after the Court issued the CMO on December 15, 2023. Dkt. No. 36 at 4. The parties have provided no explanation for their delay and have not demonstrated the requisite showing of diligence or good cause. Accordingly, the Court DENIES the stipulation.

Date: June 7, 2024

Stanley Blumenfeld, Jr.
United States District Judge