**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR A. AVILA, on behalf of himself and others similarly situated,

Plaintiff,

vs.

NORTHWOOD HOSPITALITY LLC; and DOES 1 to 100, inclusive,

Defendants.

Case No.: 2:23−cv−09598−SB−AS

**CLASS ACTION**

*[Assigned For All Purposes to the Hon. Judge Stanley Blumenfeld, Jr., Courtroom 6C]*

**JOINT STIPULATION TO DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

Complaint: September 18, 2023
Removal: November 13, 2023
Trial: November 12, 2024

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the matter currently pending before the Central District Court of California, *Case No. 2:23−cv−09598−SB−AS*, is dismissed without prejudice. All claims against Defendant will be dismissed pursuant to the stipulation of the parties and the terms of this Order, and this action will be closed.

**IT IS SO ORDERED.**

Dated: ______________________ By: ______________________________

HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT