JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HECTOR A. AVILA,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWOOD HOSPITALITY LLC,<br><br>    Defendant. | Case No. 2:23-cv-09598-SB-AS<br><br>ORDER RE STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) |

Pursuant to the stipulation of dismissal signed by all parties (Dkt. No. 38), the action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: June 27, 2024

_____
    Stanley Blumenfeld, Jr.
    United States District Judge

1